UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

SHAMU RONDICE SCOFIELD,

Defendant.

Case No.  15-cr-00115-JSW-1

**ORDER TO SHOW CAUSE**

Re: Dkt. No. 36

Before the Court is the motion of Defendant Shamu Scofield ("movant") for an order under 28 U.S.C. § 2255 to vacate, set aside or correct his sentence on the ground that his sentenced has been rendered invalid by the Supreme Court's holding in *Johnson v. United States*, 135 S.Ct. 2551 (2015).  This *Johnson* claim appears colorable under 28 U.S.C. section 2255 and merits an answer from the government.

The following deadlines will apply, unless the parties submit a stipulation and proposed order for a modified briefing schedule: (1) within 75 days after the Section 2255 motion was filed, the government shall file an opposition conforming in all respects to Rule 5 of the Rules Governing Section 2255 Proceedings, showing cause why the Court should not "vacate, set aside or correct the sentence" being served by movant; (2) movant shall file a reply brief 45 days after the opposition is filed.  Thereafter, the matter will be deemed submitted on the papers, unless the Court orders otherwise.

**IT IS SO ORDERED.**

Dated: October 11, 2016

_____
JEFFREY S. WHITE
United States District Judge